# United States District Court

## Southeastern Division - District of North Dakota

Mary Long

**ENTRY OF DEFAULT**

     v.

CASE NUMBER:  3:13-cv-26

National Recovery Services, LLC and
National Credit Adjusters, LLC

Plaintiff has made an application for Entry of Default based upon the failure of defendant(s) to appear or otherwise defend this action. Accordingly, pursuant to Fed.R.Civ.P. 55(a), default is entered against defendant(s) **National Recovery Services, LLC** and **National Credit Adjusters, LLC**.

| | |
|---|---|
| July 26, 2013 | ROBERT ANSLEY |
| Date | Clerk |
| | */s/ Ashley Sanders* |
| | By Deputy Clerk -  Ashley Sanders |