Local AO 450 (rev. 5/10)

# United States District Court
## *District of North Dakota*
### Southeastern Division

Mary Long,

        Plaintiff,

v.

National Recovery Services, LLC and
National Credit Adjusters, LLC,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  3:13-cv-26

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Plaintiff's motion for default judgment is HEREBY GRANTED (Doc. #8). Accordingly, Defendants are liable to Plaintiff Mary Long as follows:

IT IS ORDERED that:
Judgment shall be entered against Defendants in the principal amount of $4,500.00, with interest accruing after entry of judgment at the legal rate, together with $5,425.00 in costs and attorney fees.

Date: August 7, 2013

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Ashley Sanders, Deputy Clerk*